1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ROYA MASSOUMI
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8957
       Facsimile:  (415) 744-0134
7      E-Mail: Roya.Massoumi@ssa.gov

8  Attorneys for Respondent

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        **FRESNO DIVISION**

12

13  MAMIE SHELTON,                )
                                   )   CASE NO. 1:09-cv-02120 GSA
14         Appellant,              )
                                   )
15         v.                      )   STIPULATION AND PROPOSED ORDER
                                   )
16  MICHAEL J. ASTRUE,             )
    Commissioner of                )
17  Social Security,               )
                                   )
18         Respondent.             )
                                   )

19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Respondent shall have an extension of time of 30 days in which to respond to

22  Appellant's Opening Brief due to the assigned counsel's being recently designated as counsel in this

23  matter . This is Defendant's first request for an extension.  With a thirty day extension, the new due date

24  will be September 13, 2010.

25  ///

26  ///

27  ///

28  ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: August 19, 2010

Respectfully submitted,
*/s/ Brian C. Shapiro*
(via email authorization)
BRIAN C. SHAPIRO
Attorney for Appellant

Dated: August 19, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Roya Massoumi*
ROYA MASSOUMI
Special Assistant United States Attorney

Attorneys for Respondent

## ORDER

The Court adopts the parties' stipulation. The Court notes that Defendant's deadline to file the opposition brief was August 12, 2010. Accordingly, this stipulation is adopted nunc pro tunc. Defendant's opposition shall be filed no later than **September 13, 2010.** Any reply shall be filed within fifteen (15) days of the service of Defendant's opposition.

IT IS SO ORDERED.

Dated:   **August 22, 2010**          **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE