1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ROYA MASSOUMI
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8957
       Facsimile:  (415) 744-0134
7      E-Mail: Roya.Massoumi@ssa.gov

8  Attorneys for Respondent

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                          **FRESNO DIVISION**

12

13  MAMIE SHELTON,                    )
                                      )    CASE NO. 1:09-cv-02120 GSA
14        Appellant,                  )
                                      )
15        v.                          )    STIPULATION AND PROPOSED ORDER
                                      )
16  MICHAEL J. ASTRUE,                )
    Commissioner of                   )
17  Social Security,                  )
                                      )
18        Respondent.                 )
                                      )

19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  Order, that Respondent shall have a brief extension of time of 2 days in which to respond to Appellant's

22  Opening Brief.  Respondent's brief is due today, September 13, 2010.  However, due to the assigned

23  counsel's illness, good cause exists for a brief extension.  With a 2 day extension, the new due date will

24  be September 15, 2010.

25  ///

26  ///

27  ///

28  ///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: September 13, 2010    Respectfully submitted,
/s/ Brian C. Shapiro
(via email authorization on 9/13/10)
BRIAN C. SHAPIRO
Attorney for Appellant

Respectfully submitted,

Dated: September 13, 2010    BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Roya Massoumi
ROYA MASSOUMI
Special Assistant United States Attorney

Attorneys for Respondent

## ORDER

The stipulation of the parties is hereby GRANTED.  Respondent's opposition shall be filed no later than September 15, 2010.  The Court's scheduling order issued on December 4, 2009 shall be modified accordingly.

IT IS SO ORDERED.

Dated:    **September 14, 2010**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE