Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff MAMIE L. SHELTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MAMIE L. SHELTON,<br><br>　　　　Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 1:09-CV-2120 GSA<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include October 30, 2010, in which to file Plaintiff's Reply Brief.

IT IS SO ORDERED.

　　Dated:　**September 28, 2010**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-